IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY L. MARKS                                                                                   PLAINTIFF

v.                                         Case No. 6:18-cv-06080

OFFICER CHAVEZ, *et al.*                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 9, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that this matter be stayed and administratively terminated until the pending state criminal charges against Plaintiff are resolved. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, this matter is hereby **STAYED** and **ADMINISTRATIVELY TERMINATED**. Plaintiff is advised that he may pursue his claims after the state criminal proceedings have concluded by filing a motion to reopen this case.

**IT IS SO ORDERED**, this 2nd day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge